ORIGINAL

SEALED
BY ORDER OF THE COURT

FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Chief, Criminal Division

RONALD G. JOHNSON  #4532
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Fax: (808) 541-2958
E-Mail: Ron.Johnson@usdoj.gov

Attorneys for
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 31 2013

at ___ o'clock and ___ min. ___M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>JOHN FREITAS,<br><br>   Defendant. | CR. NO. CR13-00124 JMS<br><br>INDICTMENT<br><br>18 U.S.C. § 2252<br>[Child Pornography] |

INDICTMENT

[Possession of Child Pornography]

The Grand Jury charges that:

On or about July 13, 2011, in the District of Hawaii, Defendant JOHN FREITAS did knowingly possess matters, namely computer hard drives and electronic storage media, which contained visual depictions of minors engaged in sexually

explicit conduct, with JOHN FREITAS then knowing that the production of said visual depictions involved the use of minors engaged in sexually explicit conduct, and which depictions were of such conduct, and which depictions had been transported in interstate and foreign commerce, and had been produced using materials which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Section 2252(a)(4).

DATED: January 31, 2013, Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
_____
FOREPERSON, GRAND JURY

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

_____
LESLIE E. OSBORNE, Jr.
Chief, Criminal Division

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

United States v. JOHN FREITAS
Cr. No.
"INDICTMENT"

2