PROB 12C
(Rev 04/17 D/HI)



# SEALED BY ORDER OF THE COURT
## United States District Court
### for the
### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Nov 21, 2018
SUE BEITIA, CLERK

## REQUEST FOR COURSE OF ACTION
(Statement of Alleged Violations of Supervised Release)

Subject:  JOHN FREITAS                Case No.:  CR 13-00124JMS-01

Name of Sentencing Judicial Officer:    The Honorable J. Michael Seabright
                                        Chief U.S. District Judge

Original Offense:    Possession of Child Pornography, a Class C felony

Date of Original Sentence:   02/27/2015

Original Sentence:   42 months imprisonment, to be followed by 10 years supervised release.

First Term of Supervision Commenced:  01/04/2017

Revocation:  On 05/18/2018, Mr. Freitas' supervised release was revoked for violations that included his submission of two urine specimens that tested positive for marijuana, his consumption of alcohol, and his failure to comply with substance abuse treatment at the Sand Island Treatment Center. He was sentenced to 4 months imprisonment, to be followed by 116 months supervised release.

Current Term of Supervision Commenced:  09/14/2018

## NONCOMPLIANCE SUMMARY

The subject has not complied with the following condition(s) of supervision:

1. On 11/20/2018, Mr. Freitas possessed visual depictions of sexually explicit conduct (as defined in 18 U.S.C. § 2256), in violation of Special Condition No. 10.

## PETITIONING THE COURT

To issue a NO BAIL Warrant and that the subject be brought before the Court to show cause why supervision should not be revoked. The NO BAIL Warrant and the Petition to be sealed for other than law enforcement purposes and until such time that the subject has been arrested and the warrant duly executed.

## STATEMENT OF FACTS

As background information, an the onset of Mr. Freitas' second term of supervised release, he was enrolled in substance abuse and mental health treatment at Action With Aloha, sex offender treatment at the Community Assistance Center, and the random drug testing program at Care Hawaii. Pursuant to Special Condition No. 12, Mr. Freitas also resided at the Mahoney Hale Residential Reentry Center (RRC) to serve a term of up to 6 months community confinement.

**<u>Violation No. 1- On 11/20/2018, Mr. Freitas possessed visual depictions of sexually explicit conduct (as defined in 18 U.S.C. § 2256)</u>:**

On 11/20/2018, U.S. Probation Officer (USPO) Tarama Fuatagavi was informed by RRC staff that earlier that day, staff conducted a routine search of the dorm room Mr. Freitas shared with other residents. From within a drawer utilized by Mr. Freitas, staff recovered 3 spiral notebooks, 6 manila envelopes, and 3 greetings cards with corresponding envelopes; all (with the exception of one greeting card) of which contained magazine clippings depicting sexually explicit conduct, as defined in 18 U.S.C. § 2256. Later that day, USPO Fuatagavi recovered the seized items at the RRC and questioned Mr. Freitas regarding the items. Mr. Freitas acknowledged that the items belonged to him. Mr. Freitas was instructed to report to the Probation Office on 11/21/2018 to further discuss the matter.

On 11/21/2018, the undersigned reviewed the items seized from Mr. Freitas' drawer. The clippings that depicted sexually explicit conduct included males and females, or females and females, engaged in digital penetration, oral sex, vaginal sex, anal sex, or the use of sex toys (e.g., a dildo) to perform sex acts. Other images depicted the exhibition of female breasts and/or genitals. There were approximately 90 loose clippings contained in the manila envelopes and greeting cards, and approximately over 80 pages in the 3 spiral notebooks containing clippings; although not all clippings/pages depicted sexually explicit conduct. The aforementioned clippings were loosely enclosed in the manila envelopes and greeting cards but were stapled (in some cases, similar to a collage) in each of the spiral notebooks. Further, it appeared that Mr. Freitas organized the loose clippings, as each manila folder contained headings

including "Large," "Pale," "Brown," "Medium," "Asian," and "Tan."

Of further concern, many of the females depicted in the clippings, and engaged in the sexually explicit conduct, appeared younger in age. In this regard, some of the clippings referenced that the females depicted were 18 years old, and other clippings depicted females in schoolgirl or cheerleader outfits and/or in a classroom-type setting. One clipping bore the title "After School Slut Club 5."

On the back cover of one of the spiral notebooks were handwritten notes of female names. An internet search of these names, in most cases, identified the females as pornographic film actresses. Further, the handwritten notes included several titles or phrases including "After School Slut Club," Flat & Fucked," "Naughty Schoolgirls," "School of Hard Cocks," "fuckin Nerds," "Private School," and "Back Door Brats." Lastly, of significant concern, intermixed in the collages of clippings depicting sexually explicit conduct in the spiral notebooks, were clippings of clothed juvenile females including one wearing a bikini, and another wearing a swimsuit.

On 11/21/2018, USPO Fuatagavi and the undersigned met with the subject at the Probation Office. During the contact, Mr. Freitas again acknowledged ownership of the seized items. He also acknowledged that the spiral notebook contained non-pornographic clippings of juvenile ("prepubescent") females. Mr. Freitas opined that the reason he included those clippings were to relive or remind himself of past consensual relationships he had as a juvenile, which he indicated were caring relationships.

Mr. Freitas estimated that he began collecting the clippings from pornographic magazines approximately 3 weeks earlier; or some time after his last polygraph examination (10/7/2018). He indicated that he hid the clippings in his notebooks and the greeting cards, to evade detection while residing at the RRC. In this regard, he believed that RRC staff would be less inclined to inspect those items. He denied that he intended to male the greeting cards to associates. Further, he indicated that the titles on each manila envelope referenced the "body type" of the females depicted in the clippings.

Although not charged as a violation, Mr. Freitas' possession of the aforementioned items was a violation of the RRC's rules and regulations. In this regard, the RRC generated an incident report charging Mr. Freitas with a violation for Possession of anything not authorized. Additionally, on 11/21/2018, the RRC Director advised that Mr. Freitas' RRC placement will be terminated based on his noncompliant behavior.

Mr. Freitas' behavior is especially concerning given the nature of his instant offense which involved the possession of child pornography. That is, Mr. Freitas was found in possession of numerous clippings of females engaged in explicit sexual conduct which were intermixed with clippings of clothed juvenile females. Further, Mr. Freitas' conduct is especially egregious as it appears that he began engaging in this behavior less than 2 months after he was released from custody for his prior revocation. Additionally, said conduct occurred at the RRC, which was intended to provide Mr.

Freitas with stability and structure during his transition to the community. Mr. Freitas' conduct suggests that he is no longer amenable to rehabilitation or supervision at this time. Consequently, it is respectfully recommended that the Court issue a No Bail warrant for Mr. Freitas' appearance before the Court to show cause why supervised release should not be revoked.

**Detention Assessment**

Pursuant to Criminal Procedure Rule 32.1(a)(6) and 18 U.S.C. § 3143(a), when it is alleged that a person has violated probation or supervised release, there is a presumption of detention, and the burden is on that person to establish by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of any other person or the community if released.

Mr. Freitas is a registered sex offender who was found in possession of numerous clippings depicting females engaged in sexually explicit conduct; which were intermixed with clippings of clothed juvenile females. His behavior is especially concerning and suggests that he could present a danger to the community. Further, this behavior occurred while he resided at the RRC, which suggests that even a structured setting is insufficient to mitigate potential risk to the community.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/21/2018

Respectfully submitted by,

John Hisashima
Supervising U.S. Probation Officer

## ORDER OF THE COURT

THE COURT ORDERS:

☑ The issuance of a NO BAIL Warrant and that the subject be brought before the Court to show cause why supervision should not be revoked, as recommended by the U.S. Probation Officer. The NO BAIL Warrant and this Petition to be sealed for other than law enforcement purposes and until such time that the subject has been arrested and the warrant duly executed.

or

☐ The issuance of a Summons and that the subject appear before the Court to show cause why supervision should not be revoked.

☐ No Action/Other

Considered and ordered this 21st day of November 2018, and ordered filed and made a part of the records in the above case.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

For: Judge J. Michael Seabright